UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LODI and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:14-CV-01318-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

　　　　Plaintiff's Motion for leave to file a First Amended Complaint was scheduled for hearing before this Court on October 23, 2014. (ECF NO. 11.) On this Court's own initiative, the Court submitted the matter without oral argument. (Order, ECF No. 14.) After consideration of the briefs and arguments of Plaintiff's counsel as well as the statement of non-opposition filed by Defendants, it is hereby ordered that Plaintiff's Motion for leave to file a First Amended Complaint is GRANTED.

　　　　IT IS SO ORDERED.

Dated: February 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge