AMIE McTAVISH, ESQ., SB No. 242372
  Email: amctavish@akk-law.com
KEVIN J. DEHOFF, ESQ., SB No. 252106
  Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

JANICE D. MAGDICH, ESQ., SB No. 188278
  Email: jmagdich@lodi.gov
City Attorney, City of Lodi
P.O. Box 3006
Lodi, CA  95241
Telephone:  (209) 333-6701
Fax:  (209) 339-0763

Attorneys for Defendant CITY OF LODI

RAYMOND G. BALLISTER, JR. ESQ., SBN 111282
PHYL GRACE, ESQ., SBN 171771
CENTER FOR DISABILITY ACCESS
P.O. Box 262490
San Diego, CA 92196-2490
9845 Erma Road, Suite 300
San Diego, CA 92131
isabelm@potterhandy.com

Attorney for Plaintiff JAMES SMITH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| JAMES SMITH, | ) | Case No.: 2:14-cv-01318-TLN-AC |
|---|---|---|
| Plaintiff, | ) | **JOINT REQUEST TO ENLARGE TIME;** |
| vs. | ) | **DECLARATION OF AMIE MCTAVISH** |
| | ) | **IN SUPPORT THEREOF ; ORDER** |
| CITY OF LODI, et al., | ) | |
| Defendants. | ) | |

-1-
JOINT REQUEST TO ENLARGE TIME; ORDER

1    WHEREAS the deadline for non-expert discovery to be completed in this matter is July 6, 2015;

3    WHEREAS Plaintiff James Smith has noticed the deposition for the City of Lodi to produce a person with knowledge as to eleven categories concerning the facility that is the subject of this litigation;

6    WHEREAS the person best suited for this deposition, Wally Sandelin, the Public Works Director for the City of Lodi, cannot be deposed until August 13, 2015 due to scheduling conflicts;

9    IT IS HEREBY JOINTLY REQUESTED by Plaintiff, JAMES SMITH, and Defendant, CITY OF LODI, by and through their undersigned Counsel, as follows:

11   Enlarge time for discovery to be conducted to allow the deposition of Wally Sandlin to take place on August 13, 2015.

All other dates in the scheduling order to remain unchanged.

Dated: July 6, 2015                    ANGELO, KILDAY & KILDUFF, LLP

                                       */s/ Amie McTavish*
                                       By:_____
                                           AMIE McTAVISH
                                           KEVIN J. DEHOFF
                                           Attorneys for Defendant
                                           CITY OF LODI


Dated: July 6, 2015                    CENTER FOR DISABILITY ACCESS

                                       */s/ Amanda Lockhart* (as authorized
                                                           on 6/24/15)
                                       By:_____
                                           AMANDA LOCKHART
                                           Attorney for Plaintiff JAMES SMITH

## DECLARATION OF AMIE MCTAVISH

I, Amie McTavish, do hereby declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and the United States District Court for the Eastern District of California.

2. I am an associate with the law firm of Angelo, Kilday & Kilduff. I am familiar with the pleadings and discovery in this case.

3. On May 4, 2015 my office received a deposition notice for "The City of Lodi" to commence on May 27, 2015.

4. The notice sought a deponent knowledgeable in eleven subjects in connection with the property that is the subject of this litigation.

5. Wally Sandelin, the Public Works Director for the City of Lodi, is the person best qualified for this deposition.

6. Due to vacations and scheduling conflicts, the May 27th date was not feasible for this deposition to take place.

7. The next date Mr. Sandelin and all counsel will be available for deposition is August 13, 2015.

8. I believe these circumstances establish Good Cause for a minimal modification of the existing scheduling order.

9. No other modification of the scheduling order is being sought.

I declare under penalty of perjury under the laws of the United States, that the forgoing is true and correct, that I have personal knowledge of the facts stated above, and that, if sworn as a witness, I would be competent to testify thereto.

Executed this 23rd day of June 2015, at Sacramento, California.

/s/ *Amie McTavish*

AMIE McTAVISH

## **ORDER**

IT IS HEREBY ORDERED that the enlargement of time for discovery as reflected heretofore is granted.

Dated: July 6, 2015

*[signature]*

Troy L. Nunley
United States District Judge